### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                   CHAPTER 7 CASE
KNIPPEN, KERRY ROBERT
                                         CASE NO. 05B-16847 JS

                                         JUDGE JOHN SQUIRES

                    Debtor(s)

### TRUSTEE'S FINAL REPORT

To:     THE HONORABLE JOHN SQUIRES
        BANKRUPTCY JUDGE

        NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the

Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C.

§704(9).

1.      DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The

Petition commencing this case was filed on 04/28/05.  The Trustee was appointed on 04/28/05.  An

order for relief under Chapter 7 was entered on 04/28/05.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed

the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have

either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by

the Trustee; there is no other property belonging to the estate; there are no matters pending or

undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the

Trustee's knowledge. The Trustee certifies that this estate is ready to be closed.  The tasks performed

by the Trustee are set forth on Exhibit A.  The Trustee has not found it advisable to oppose the

Debtor(s) discharge.

3.      The disposition of estate property is set forth in Exhibit B.  The property abandoned, or sought

to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 6/23/08 is as follows:

a. RECEIPTS (See Exhibit C)                                      $            20,140.55

b. DISBURSEMENTS (See Exhibit C)                                 $                 17.56

c. NET CASH available for distribution                           $            20,122.99

d. TRUSTEE/PROFESSIONAL COSTS
   1. Trustee compensation requested (See Exhibit E)             $             2,764.06
   2. Trustee Expenses (See Exhibit E)                           $               531.75
   3. Compensation requested by attorney or other
      professionals for trustee (See Exhibit F)                  $            33,885.86

5.    The Bar Date for filing unsecured claims expired on 04/26/07.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a. Allowed unpaid secured claims                                 $                 0.00

b. Chapter 7 Administrative and 28 U.S.C. §1930 claims           $            37,431.67

c. Allowed Chapter 11 Administrative Claims                      $                 0.00

d. Allowed priority claims                                       $                 0.00

e. Allowed unsecured claims                                      $            55,973.50

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.  Professional's compensation and expense requested but not yet allowed is

$33,885.86.  The total of Chapter 7 professional fees and expenses requested for final allowance is

$37,181.67. (A summary of the professional fees and expenses previously requested is attached hereto

as Exhibit G.)

9.    A fee of $1,100.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated:  6/23/08                                  RESPECTFULLY SUBMITTED,


                                                 By:/s/David Grochocinski
                                                    DAVID GROCHOCINSKI, TRUSTEE
                                                    1900 RAVINIA PLACE
                                                    ORLAND PARK, IL  60462
                                                    Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Knippen, Kerry

June 23, 2008

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2005 | DEG | Prepared for 341 meeting; review of schedules and statement of financial affairs prior to 341 meeting | 0.80 375.00/hr | 300.00 |
| 1/20/2006 | DEG | Review documents and information regarding claims vs. Cutsinger and former spouse; review assertions of defenses and decide to proceed | 3.60 375.00/hr | 1,350.00 |
| 1/23/2006 | DEG | Prepared notice of asset; delay requested | 0.20 375.00/hr | 75.00 |
| 11/7/2006 | DEG | Discussion with AWR regarding offer in Knippen | 0.30 350.00/hr | 105.00 |
| 11/16/2006 | DEG | Review documents, information and prepare for trial | 2.50 350.00/hr | 875.00 |
| 11/17/2006 | DEG | Testify at trial | 2.80 375.00/hr | 1,050.00 |
| 1/24/2007 | DEG | Prepared initial report of assets; send notice to creditors | 0.30 375.00/hr | 112.50 |
| 6/19/2008 | DEG | Prepared final report | 3.50 375.00/hr | 1,312.50 |
| | DEG | Review of tax letter from accountant and invoice regarding same | 1.00 375.00/hr | 375.00 |
| | | For professional services rendered | 15.00 | $5,555.00 |



## TRUSTEE COSTS

| | | |
|---|---|---|
| 1) | **Property Insight – tract search** | $ 60.00 |
| 2) | **Eunice Sachs – Transcript of Jodi Knippen Deposition** | 294.25 |
| 3) | **Eunice Sachs – Deposition of Jodi Knippen** | 137.50 |
| 4) | **Recorder of Deeds** | <u>40.00</u> |
| | **TOTAL COSTS** | $<u>531.75</u> |

## ADDENDUM TO FINAL REPORT

Trustee discovered assets by a determination that the debtor's transfer of his interest to his wife in the divorce was a fraudulent transfer as inadequate funds were given for the transfer to his ex-spouse.

Mrs. Knippen and her aunt and uncle (transferees) contested the matter. The Trustee tried to settle and compromise but all attempts to do so were rejected.

At trial, the Court ruled for the Trustee on all counts. The defendants refused a post trial settlement and the Trustee was unable to collect the judgment. The defendants appealed to the District Court and the Bankruptcy Court ruling in favor of the Trustee was sustained.

This was a new ruling from the court on an areas of the law which had not been decided upon in this district.

Because of the litigation and new area of law there are insufficient funds to pay to creditors and the administrative costs will not be paid in full.

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS            $        20,140.55

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED       $        950.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY         $        6,783.33

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05B-16847 JS | **Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** KNIPPEN, KERRY ROBERT | **Filed (f) or Converted (c):** 04/28/05 (f) |
| | **§341(a) Meeting Date:** 06/15/05 |
| **Period Ending:** 06/23/08 | **Claims Bar Date:** 04/26/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH | 20.00 | 0.00 | | 0.00 | FA |
| 2 | OXFORD BANK | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | COUCH, ETC. | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 5 | ATV | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | LIFE INS. | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | PENSION PLAN- LOCAL 701 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | PENSION PLAN WITH AUTO MECHANICS | Unknown | Unknown | | 0.00 | FA |
| 9 | 100% OWNERSHIP OF HUNTER TECH INC. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 1989 GMC VAN | 50.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1991 DODGE RAM VAN 250 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1977 CAMERO | 900.00 | 0.00 | | 0.00 | FA |
| 13 | TOOLS | 750.00 | 0.00 | | 0.00 | FA |
| 14 | 85% GROSS MONTHLY INCOME | 2,833.33 | 0.00 | | 0.00 | FA |
| 15 | ALIMONY | 0.00 | 0.00 | | 0.00 | FA |
| 16 | AWARD UNDER CRIME VICTIM'S REPARATION LAW | 0.00 | 0.00 | | 0.00 | FA |
| 17 | DISABILITY | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05B-16847 JS | **Trustee:** (520067)  DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** KNIPPEN, KERRY ROBERT | **Filed (f) or Converted (c):** 04/28/05 (f) |
| | **§341(a) Meeting Date:** 06/15/05 |
| **Period Ending:** 06/23/08 | **Claims Bar Date:** 04/26/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | PERSONAL BODILY INJURY | 0.00 | 0.00 | | 0.00 | FA |
| 19 | WRONGFUL DEALTH | 0.00 | 0.00 | | 0.00 | FA |
| 20 | LIFE INS. CONTRACT | 0.00 | 0.00 | | 0.00 | FA |
| 21 | PROCEEDS PABYALE DUE TO DEATH | 0.00 | 0.00 | | 0.00 | FA |
| 22 | PROFESSIONALLY PRESCRIBED HEALTH AIDS | 0.00 | 0.00 | | 0.00 | FA |
| 23 | SS/UNEMPLOYMENT | 0.00 | 0.00 | | 0.00 | FA |
| 24 | VETERAN'S BENEFIT | 0.00 | 0.00 | | 0.00 | FA |
| 25 | TRANSFER OF RE INTEREST TO SPOUSE  (u) | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 140.55 | Unknown |
| 26 | **Assets**  **Totals** (Excluding unknown values) | **$28,453.33** | **$20,000.00** | | **$20,140.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

DEMAND ON FORMER SPOUSE TO PAY TRANSFER TO ESTATE; DEMAND IS $20,0000.00; RESPONSE PENDING FROM FORMER SPOUSE
SENT ASSET NOTICE WITH DELAY REQUESTED 1/23/06
TRIAL DATE 11/06; DECISION IN FAVOR OF TRUSTEE $20,000; POST-TRIAL MOTION IS PENDING; APPEAL TO DISTRICT COURT DECIDED IN FAVOR OF
TRUSTEE AFFIRMING DECISIONS IN TRIAL COURT NO FURTHER APPEALS; AWAITING FINAL TAX RETURN ;

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 05B-16847 JS |
| **Case Name:** | KNIPPEN, KERRY ROBERT |
| **Period Ending:** | 06/23/08 |

| | |
|---|---|
| **Trustee:** (520067) | DAVID GROCHOCINSKI, TRUSTEE |
| **Filed (f) or Converted (c):** | 04/28/05 (f) |
| **§341(a) Meeting Date:** | 06/15/05 |
| **Claims Bar Date:** | 04/26/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** June 30, 2007          **Current Projected Date Of Final Report (TFR):** September 30, 2008

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05B-16847 JS | |
| **Case Name:** | KNIPPEN, KERRY ROBERT | |
| **Taxpayer ID #:** | 13-7551488 | |
| **Period Ending:** | 06/23/08 | |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****79-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/07 | {25} | DALE & SANDRA CUTSINGER | PAYMENT OF JUDGMENT ENTERED 12/12/06 | 1249-000 | 20,000.00 | | 20,000.00 |
| 01/09/07 | {25} | PREPARED DEPOSIT IN ERROR | REVERSAL OF DEPOSIT/ERROR | 1249-000 | -20,000.00 | | 0.00 |
| 01/30/07 | {25} | DALE & SANDRA CUTSINGER | SETTLEMENT OF ADVERSARY | 1249-000 | 20,000.00 | | 20,000.00 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.96 | | 20,009.96 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 10.68 | | 20,020.64 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 11.04 | | 20,031.68 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 11.05 | | 20,042.73 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 10.34 | | 20,053.07 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 11.42 | | 20,064.49 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 11.07 | | 20,075.56 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 10.00 | | 20,085.56 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 11.79 | | 20,097.35 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 10.45 | | 20,107.80 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 10.24 | | 20,118.04 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 9.19 | | 20,127.23 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-16847, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 17.56 | 20,109.67 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 4.13 | | 20,113.80 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 3.78 | | 20,117.58 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 2.80 | | 20,120.38 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.61 | | 20,122.99 |

**Subtotals :**   $20,140.55   $17.56

{} Asset reference(s)

Printed: 06/23/2008 11:20 AM   V.10.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05B-16847 JS | |
| **Case Name:** | KNIPPEN, KERRY ROBERT | |
| **Taxpayer ID #:** | 13-7551488 | |
| **Period Ending:** | 06/23/08 | |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****79-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **20,140.55** | **17.56** | **$20,122.99** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **20,140.55** | **17.56** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,140.55** | **$17.56** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-16847 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | KNIPPEN, KERRY ROBERT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****79-66 - Checking Account |
| Taxpayer ID #: | 13-7551488 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/23/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| Net Receipts : | 20,140.55 |
|---|---|
| Net Estate : | $20,140.55 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****79-65 | 20,140.55 | 17.56 | 20,122.99 |
| Checking # ***-*****79-66 | 0.00 | 0.00 | 0.00 |
| | $20,140.55 | $17.56 | $20,122.99 |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE:<br>KNIPPEN, KERRY ROBERT | CHAPTER 7 CASE |
|  | CASE NO. 05B-16847 JS |
|  | JUDGE JOHN SQUIRES |
| Debtor(s) |  |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE,</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 20,122.99 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>      $ 20,122.99

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 37,431.67 | 53.76% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 2,764.06 | 1,477.34 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 531.75 | 284.21 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 73.36 | 39.21 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 32,912.50 | 17,591.19 |
| ADMIN5 | CLERK, U.S. BANKRUPTCY COURT | 250.00 | 250.00 |
| ADMIN6 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 900.00 | 481.04 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|  | | TOTAL | |
| --- | --- | --- | --- |
|  | | $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| --- | --- | --- | --- |
|  | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| --- | --- | --- | --- |
|  | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| --- | --- | --- | --- |
|  | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| --- | --- | --- | --- |
|  | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| --- | --- | --- | --- |

| | | | |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b)(6) - Tax Liens: | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL     $ | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL     $ | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL     $ | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $   55,973.50 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | AMERICAN EXPRESS CENTURION BANK | 7,838.06 | 0.00 |
| 002 | ECAST SETTLEMENT CORPORATION | 14,068.78 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 15,909.56 | 0.00 |
| 004 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | 6,085.70 | 0.00 |
| 005 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | 4,710.47 | 0.00 |
| 006 | CITIBANK SD NA | 1,406.36 | 0.00 |
| 007 | DALE AND SANDRA CUTSINGER | 3,376.00 | 0.00 |

| 009 | LVNV FUNDING LLC/ASSIGNEE OF CITIBANK NA | 2,578.57 | 0.00 |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

TOTAL        $            0.00

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

      WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____        _____

DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 73.36 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 32,912.50 | |
| | | | 32,985.86 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 900.00 | |
| | | | 900.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 33.885.86 | $ 33,885.86 |

1