**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KNIPPEN, KERRY ROBERT<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-16847 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At: DuPage County Courthouse
    505 N. County Farm Road, Courtroom 4016
    Wheaton, Illinois 60187

    on: **August 22, 2008**
    at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                             $            20,140.55

    b. Disbursements                        $                 17.56

    c. Net Cash Available for Distribution  $            20,122.99

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

|  | Compensation<br>Previously | Fees Now | Expenses<br>Now |
|---|---|---|---|
| Applicant | Paid | Requested | Requested |

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $2,764.06 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $531.75 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $73.36 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $32,912.50 |
| CLERK, U.S. BANKRUPTCY COURT (US Bankruptcy Court ) | 0.00 | $250.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $900.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $55,973.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | AMERICAN EXPRESS CENTURION BANK | $ 7,838.06 | $ 0.00 |
| 002 | ECAST SETTLEMENT CORPORATION | $ 14,068.78 | $ 0.00 |

| | | | |
|---|---|---|---|
| 003 | ECAST SETTLEMENT CORPORATION | $ 15,909.56 | $ 0.00 |
| 004 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | $ 6,085.70 | $ 0.00 |
| 005 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | $ 4,710.47 | $ 0.00 |
| 006 | CITIBANK SD NA | $ 1,406.36 | $ 0.00 |
| 007 | DALE AND SANDRA CUTSINGER | $ 3,376.00 | $ 0.00 |
| 009 | LVNV FUNDING LLC/ASSIGNEE OF CITIBANK NA | $ 2,578.57 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, bank account, couch, etc., ATV, 1989 GMC Van.

Dated: July 22, 2008

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:   DAVID GROCHOCINSKI, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| KNIPPEN, KERRY ROBERT | |
| | CASE NO. 05B-16847 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 2,764.06 |
| 2. | Trustee's expenses | $ 531.75 |
| | TOTAL | $ 3,295.81 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 32,912.50 |
| | b. Expenses | $ 73.36 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 900.00 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 compensation | $ 0.00 |

      d. Chapter 11 Expenses            $_____0.00

3.    Other Professionals

                           TOTAL      $____33,885.86

       IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200_.

                 ENTERED    _____
                                     JOHN SQUIRES
                                     UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2         Date Rcvd: Jul 22, 2008
Case: 05-16847                Form ID: pdf002          Total Served: 34

The following entities were served by first class mail on Jul 24, 2008.
db           +Kerry Robert Knippen,   P O Box 2511,   Naperville, IL 60567-2511
aty          +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Sarah L Poeppel,   Sarah L Poeppel,   608 S Washington St Ste 210,   Naperville, IL 60540-6675
tr           +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
9286059       American Express,   P.O. Box 650448,   Dallas, TX 75265-0448
10747858      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
9286061       Bank One Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
9286062       Bass And Associates,   Suite 200,   3936 E. Fort Lowell Road,   Tucson, AZ 85712-1083
9286063       Capital One,   P.O. Box 60000,   Seattle, WA 98190-6000
9286064       Capital One,   P.O. Box 790216,   Saint Louis, MO 63179-0216
9286065      +Circuit Court Clerk of Kane County,   540 S. Randall Road,   Saint Charles, IL 60174-1534
11186523     +Citibank (South Dakota). N.A.,   DBA: Shell,   4740 121st ST,   Urbandale, Ia 50323-2402
9286066      +Dale and Sandra Cutsinger,   4 S 120 Harter Rd.,   Sugar Grove, IL 60554-9718
9286068      +Douglas L. Haas,   Haas & McLennan,   209 Naperville Road,   Wheaton, IL 60187-5467
9286069       Edward Hospital,   P.O. Box 4207,   Carol Stream, IL 60197-4207
9286070       Excel Telecommunications, Inc.,   P.O. Box 650582,   Dallas, TX 75265-0582
9286071       Hawthorne Credit Union,   P. O, Box 3046,   Naperville, IL 60566-7046
9286072       Household Credit Services,   P.O. Box 17051,   Baltimore, MD 21297-1051
9286074     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
9286073      +Illinois Department of Revenue,   Bankruptcy Section,   100 W. Randolph,   Chicago, IL 60601-3218
9286075       MBNA,   P.O. Box 15288,   Wilmington, DE 19886-5288
9286076       Met Life Auto and Home,   P.O. Box 41753,   Philadelphia, PA 19101-1753
9286077      +NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
9286078      +Northland Group, Inc.,   P.O. Box 390846,   Edina, MN 55439-0846
9286079      +OSI Collection Services,   1375 East Woodfield Road, Ste. 110,   Schaumburg, IL 60173-5423
9286080      +Quest Diagnostics,   c/o AMCA Collection Agency,   2269 South Saw Mill River Rd., Bldg,
               Elmsford, NY 10523-3832
9286081       Sears Mastercard,   c/o Citi Cards,   P.O. Box 34294,   Louisville, KY 40232-4294
9286082      +Shell Oil,   Processing Center,   Des Moines, IA 50367-0001
10754126    +++eCAST Settlement Corporation assignee of,   Chase Manhattan Bank USA NA,   POB 35480,
               Newark NJ 07193-5480
10849817      eCAST Settlement Corporation assignee of,   Chase Bank USA N A,   POB 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission on Jul 23, 2008.
9286060       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                          Asset Acceptance LLC,
               P.O. Box 2036,   Warren, MI 48090-2036
11151810     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 23 2008 06:46:01
               DISCOVER BANK/DISCOVER FINANCIAL SERVICES,   PO BOX 3025,   NEW ALBANY OH 43054-3025
9286067       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 23 2008 06:46:01      Discover Card,
               P.O. Box 30395,   Salt Lake City, UT 84130-0395
11323212      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1          User: amcc7           Page 2 of 2           Date Rcvd: Jul 22, 2008
Case: 05-16847                Form ID: pdf002       Total Served: 34
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2008**                    **Signature:**    *Joseph Speetjens*