**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KNIPPEN, KERRY ROBERT<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-16847 JS<br><br>JUDGE JOHN SQUIRES |

**DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 20,129.65 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 20,129.65 |

**DISTRIBUTION REPORT**                                                                 **PAGE 1**

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| Secured Claims | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 37,431.67 | 53.78% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | | 2,764.06 | 1,477.84 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | | 531.75 | 284.31 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | | 73.36 | 39.22 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | | 32,912.50 | 17,597.08 |
| ADMIN5 | CLERK, U.S. BANKRUPTCY COURT | | 250.00 | 250.00 |
| ADMIN6 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | | 900.00 | 481.20 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL          $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL          $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL          $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL          $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | | $ 55,973.50 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | AMERICAN EXPRESS CENTURION BANK | 7,838.06 | 0.00 |

| | | | |
|---|---|---:|---:|
| 002 | ECAST SETTLEMENT CORPORATION | 14,068.78 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 15,909.56 | 0.00 |
| 004 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | 6,085.70 | 0.00 |
| 005 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | 4,710.47 | 0.00 |
| 006 | CITIBANK SD NA | 1,406.36 | 0.00 |
| 007 | DALE AND SANDRA CUTSINGER | 3,376.00 | 0.00 |
| 009 | LVNV FUNDING LLC/ASSIGNEE OF CITIBANK NA | 2,578.57 | 0.00 |
| | TOTAL | $ | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|

| | | | | |
|---|---|---|---|---|
| §726(a)(5) - Interest | | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| **18.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 8/22/08          /s/David Grochocinski
                        DAVID GROCHOCINSKI, TRUSTEE